IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ERIC HOUSTON, :
:
    Plaintiff :
:
v. : CIVIL NO. 4:CV-13-3063
:
WARDEN JEFF THOMAS, ET AL., : (Judge Brann)
:
    Defendants :

## **ORDER**

January 15, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1.    Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

    2.    The Clerk of Court is directed to **CLOSE** this case.

    3.    Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

    BY THE COURT:

      s/   Matthew W. Brann
    Matthew W. Brann
    United States District Judge